

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Wade Hodges, Appellant

No. 06-18-00182-CR     v.

The State of Texas, Appellee

Appeal from the 147th District Court of Travis County, Texas (Tr. Ct. No. D-1-DC-16-100356). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

     As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

     We note that the appellant, Wade Hodges, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 8, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk